IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD WILK | ) | Case Nos. 5:04CV1625 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| THE VILLAGE OF REMINDERVILLE et al. | ) | <u>JUDGMENT</u> |
| | ) | |
| Defendants. | ) | |

The Court having filed its Memorandum and Order granting the Village's motion to dismiss.. The Court declines to exercise supplemental jurisdiction over Wilk's state law claims. These claims are dismissed without prejudice. Therefore,

IT IS ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 58.

This Order is final and appealable.

<u>s/Ann Aldrich</u>
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: <u>February 15 , 2006</u>